UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

# 05 10645 RCL

Civil Action:

MARCIO H. JACOB )

MAGISTRATE JUDGE _____

Plaintiff )

v. )

MICHAEL CHERTOFF )
Secretary,U.S. Department )
of Homeland Security; )
 EDUARDO AGUIRRE, JR. )
Director, U.S. Citizenship )
And Immigration Services, )
DENIS RIORDAN, Boston District)
Director, U.S. Citizenship )
and Immigration Services )
    Defendants )

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK _____
DATE _____

## COMPLAINT FOR MANDAMUS

### I.    INTRODUCTION

1.    The Plaintiff, by and through his undersigned attorney,

brings this civil action for mandamus to compel Defendants

and those acting under them to rule upon the Applications

for Adjustment of Status to Lawful Permanent Resident duly

filed by the Plaintiff on or April 13, 2002 ("I-485

Application").

## II. PARTIES

2. The Plaintiff Marcio Jacob (A95-440-858) (the "Plaintiff") or ("Mr. Jacob") is a native and citizen of Brazil, who currently resides at 9 Weld St, No. 3, Framingham, Massachusetts.

3. The Defendant, Michael Chertoff, is the Secretary of the U.S. Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity. He is charged with enforcement of the Immigration and Nationality Act ("INA"), and is further authorized to delegate such powers and authority to subordinate employees of DHS. More specifically, the Secretary is responsible for the adjudication of I-485 Applications pursuant to § 245 of the INA, 8 U.S.C. § 1255 through the U.S. Citizenship and Immigration Services ("USCIS"). USCIS is an agency within DHS that adjudicates Adjustment of Status applications and to whom the Secretary's authority has in part been delegated but remains under his supervision and direction.

4. The Defendant, Eduardo Aguirre, Jr., is the Director of USCIS and this action is brought against him in his official capacity. He is the official charged with supervisory authority over all operations of USCIS. In particular, he is responsible for the adjudication of I-485 Applications, pursuant to § 245 of the INA (8 U.S.C. § 1255).

2

5.    The Defendant, Denis Riordan, is the Director for the Boston
      District Office of USCIS and this action is brought against
      him in his official capacity. He is the official generally
      charged with supervisory authority over all operations of
      USCIS within his district, including, but not limited to,
      adjudicating the Plaintiff's I-485 Application.

### III. JURISDICTION AND VENUE

6.    This is a civil action brought pursuant to 28 U.S.C. Sec.
      1361 (the Mandamus Act) and 5 U.S.C. Sec. 551 et seq. (the
      Administrative Procedures Act) to compel the Defendants and
      those working under them to perform a duty that they owe to
      the Plaintiffs.

7.    Costs and fees will be sought pursuant to the Equal Access
      to Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412(d), et seq.

8.    Venue is properly with this Court, pursuant to 28 U.S.C.
      §1391(e), in that this is an action against officers and
      agencies of the United States in their official capacities,
      brought in the District where, upon information and belief,
      a Defendant resides and where a substantial part of the
      events or omissions giving rise to Plaintiffs' claim
      occurred.  More specifically, an interview was conducted
      regarding Plaintiff's I-485 Application at the Boston
      District Office of USCIS, and, to Plaintiffs' knowledge,
      remains pending there.

### IV.   REMEDY

9.   The Plaintiff is seeking an order to compel the Defendants
     and those working under them to adjudicate the Plaintiff's
     pending application for Adjustment of Status and an award of
     reasonable attorney's fees and costs associated with bring
     said action.

### V.   STATEMENT OF THE FACTS

10.  The Plaintiff filed an I-485 Application on or about April
     13, 2002 with the INS (now USCIS) Service Center in St.
     Albans, Vermont, which is the proper filing place for
     employment-based I-485 Applications. A copy of the I-485
     Application is attached hereto as Exhibit A.

11.  Mr. Jacob's I-485 Application was based upon an approved
     immigrant visa petition ("I-140") filed on Mr. Jacob's
     behalf by his employer.  A copy of the I-140 Approval Notice
     is attached hereto as Exhibit B.

12.  Through the filing of the I-485, the Plaintiff is seeking
     adjustment to lawful permanent resident status (a "Green
     Card").

13.  On or about October 21, 2004, the Defendants through their
     designated agent (USCIS Examinations Officer Tiberi)
     interviewed the Plaintiff on his Application at the USCIS
     Regional Office in Boston, Massachusetts.

4

14. Officer Tiberi made no decision on the Application at the time of the interview because she stated that she wanted to check into a speeding ticket violation. She initially indicated that she would issue an I-72 (Request for Evidence) to the Plaintiff, but recanted that statement and said she just needed time to review the case.

15. The sole fact that the Plaintiff received a speeding ticket is not a legitimate basis to delay the processing of his I-485 Application.

16. The Plaintiff, through Counsel, has made repeated efforts to secure a decision from USCIS. For example, the Plaintiff sent numerous written requests for adjudication of the I-485 Application to USCIS. Copies of said letters are attached hereto as Exhibit C.

17. USCIS has failed to respond to the written request described at Para. 17, in any manner whatsoever.

18. As of the date of this complaint, there has been no decision issued by the Defendants on the I-485 Application.

19. The Plaintiff has no administrative remedies available.

20. The Defendants have arbitrarily, willfully and unreasonably delayed the adjudication of the Plaintiff's Applications.

21. As a result of the Defendants' willful and unreasonable delay in adjudicating Plaintiffs' Application, the Plaintiff has been prejudiced. Until the I-485 Application is adjudicated, the Plaintiff is unable to travel overseas to

visit their family, unable to plan for the future, unable to
accrue time as lawful permanent residents for eventual
qualification for U.S citizenship, and is constantly fearful
that they will suffer deportation at some future date.

22.   The Plaintiff has been further damaged in that their
      employment authorization is tied to their status as
      applicants for permanent residency and is limited to
      increments not to exceed one year. Therefore, the Plaintiff
      is forced to repeatedly apply (and pay) for extensions of
      employment authorization.

23.   The Defendants owe the Plaintiff the duty to act upon his
      Application for Adjustment of Status and have unreasonably
      failed to perform that duty.

24.   No other remedy exists for Plaintiff to resolve Defendants'
      delay.

WHEREFORE, the Plaintiff prays that this Honorable Court:

    1)   Order the Defendants to have their agents rule upon the
         I-485 Application filed by the Plaintiff; and

    2)   Grant such other and further relief as this Honorable
         Court deems proper under the circumstances; and

    3)   Award attorney's fees and costs of this action pursuant
         to the Equal Access to Justice Act ("EAJA").

6

Respectfully submitted,

The Plaintiffs
Marcio Jacob
By his Attorneys

Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114

mandamus-jacob.4101

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1.  Title of case (name of first party on each side only)  Marcio Jacob v. Michael Chertoff

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    ✓    I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

         II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

         III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

         IV.     220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

         V.      150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                      YES ☐         NO ✓

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
                                                                      YES ☐         NO ✓

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                      YES ☐         NO ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                      YES ✓         NO ✓

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                      YES ✓         NO ☐

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division     ✓          Central Division             Western Division

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division                Central Division             Western Division

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                      YES ☐         NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Susan E. Zak, Esq.
ADDRESS   P.O. Box 8788, 180 Canal Street, Boston, MA
TELEPHONE NO.   (617) 723-7766

(CategoryForm.wpd - 2/15/05)

*ₑJS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Marcio Jacob | Michael Chertoff, Sec. DHS, Eduardo Aguirre, Jr. Dir -USC Denis Riordan, Reg. Dir., USCIS. |

**(b)**  County of Residence of First Listed Plaintiff  **Barnstable**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ___

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Susan E. Zak, Law Office of John K. Dvorak, P.O. Box 8788
180 Canal Street, Boston, MA 02114 (617)723-4422

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)  and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☐ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1361 (Mandamus Act)   5 USC 551 (Administrative Procedures Act)

Brief description of cause:
Requesting mandamus for USCIS to act on pending I-485 for long res...

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

# LAW OFFICES OF JOHN K. DVORAK, P.C.

### ATTORNEY-AT-LAW

180 Canal Street, 4th Floor, P.O. Box 8788 • BOSTON, MA 02114 •  (617) 723-4422 •  FAX (617) 723-8305

John K. Dvorak
Christopher W. Drinan
Susan E. Zak

March 30, 2005

Office of Clerk
U.S. District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 92219

RE: Marcio Jacob ; . v. Michael Chertoff et. al

Please find enclosed for filing the following:

(1) Civil Action Cover Sheet;

(2) $250.00 Filing Fee;

(2) Local Cover Sheet; and

(2) The Plaintiffs' Complaint.

 Please date-stamp the enclosed copy and return with 4 summons in the enclosed self-addressed stamped envelope.  If you have any questions regarding this matter, please do not hesitate to contact me at (617) 723-7766 or szak@johnkdvorak.com.

Very truly yours,

Susan E. Zak

C:\My Documents\Court\cover-federal.4101.doc

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| Family Name JACOB | Given Name Marcio | Middle Initial H. |
|---|---|---|

Address  - C/O

| Street Number and Name 26B Draper Road | Apt. # |
|---|---|

| City  Framingham |
|---|

| State  MA | Zip Code  01702 |
|---|---|

| Date of Birth (month/day/year)  06/29/1978 | Country of Birth  Brazil |
|---|---|

| Social Security # | A # (if any)  none |
|---|---|

| Date of Last Arrival (month/day/year)  03/1999 | I-94 #  n/a |
|---|---|

| Current INS Status  n/a | Expires on (month/day/year)  n/a |
|---|---|

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

*Continued on back.*

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| _____ | |
| _____ | |

Resubmitted

_____

_____

Reloc Sent

_____

_____

Reloc Rec'd

_____

_____

☐ Applicant Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3.  Processing Information

| | |
|---|---|
| A.  City/Town/Village of Birth  **Eng. Caldas** | Current occupation  **Cook** |
| Your mother's first name  **Anadir** | Your father's first name  **Francisco** |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

**n/a**

| | |
|---|---|
| Place of last entry into the U.S. (City/State)  **CA** | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*  **EWI** |
| Were you inspected by a U.S. Immigration Officer?  ☐ Yes  ☒ No | |
| Nonimmigrant Visa Number  **n/a** | Consulate where Visa was issued  **n/a** |
| Date Visa was issued (month/day/year)  **n/a** | Sex:  ☒ Male  ☐ Female |
| | Marital Status  ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name  **none** | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes ·  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

_____

_____

_____

_____

_____

_____

## Part 3. Processing Information    *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:

    a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?    ☐ Yes ☒ No

    b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?    ☐ Yes ☒ No

    c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?    ☐ Yes ☒ No

    d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?    ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?    ☐ Yes ☒ No

3. Have you ever:

    a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?    ☐ Yes ☒ No

    b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?    ☐ Yes ☒ No

    c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?    ☐ Yes ☒ No

    d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?    ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?    ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:

    a. espionage?    ☐ Yes ☒ No

    b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?    ☐ Yes ☒ No

    c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?    ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?    ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?    ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?    ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?    ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?    ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?    ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?    ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?    ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.?    ☐ Yes ☒ No

*Continued on back*

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Marcio A. Jacob* Marcio H. JACOB | | | |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5. Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Firm Name and Address | | | |

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

**START HERE - Please Type or Print**

**Part 1.    Information about applicant**

| | | |
|---|---|---|
| Family Name  **JACOB** | First Name  **Marcio** | Middle Name  **Heli** |

Address - C/O

Street Number and Name  **26B Draper Road**       Apt. Suite

City  **Framingham**      State or Province  **MA**

Country  **USA**      ZIP/Postal Code  **01702**

INS A #  **none**      Date of Birth *(month/day/year)*  **06/29/1978**      Country of Birth  **Brazil**

**FOR INS USE ONLY**

Returned _____ Receipt

Resubmitted _____

Reloc Sent _____

Reloc Rec'd _____

Interviewed

File Reviewed      Class of Adjustment Code:

**Part 2.    Basis for Eligibility** *(check one)*

1. On Form I-485, Part 2, I checked application type:  *(check one)*:
   a. ☒ An immigrant petition.    Go to #2.
   b. ☐ My spouse or parent applied.    Go to #2.
   c. ☐ I entered as a K-1 fiancé.    Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum.    Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba.    Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.    Go to #3.
   g. ☐ I have continuously resided in the U.S.    Stop Here. Do Not File This Form.
   h. ☐ Other.    Go to #2
   i. ☐ I am already a permanent resident.    Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban    Stop Here. Do Not File This Form.

**To Be Completed by Attorney or Representative, if any**

☒ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces  *(check one)*.
   ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.    ☐ Yes  Stop Here. Do Not File This Form.    ☒ No  Go to #11.

4. I last entered the United States  *(check one)*:
   ☐ As a stowaway.    Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa).    Go to #11.
   ☒ Without inspection.    Go to #11.
   ☐ Legally in transit without visa status.    Go to #11.
   ☐ Legally without a visa as a visitor for tourism or business.
   ☐ Legally as a parolee.    Go to #5.
   ☐ Legally with another type of visa (show type_____).    Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen  *(check one)*.
   ☐ Yes  Stop Here. Do Not File This Form.    ☐ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I an applying for adjustment of status  *(check one)*.

   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.  Stop Here. Do Not File This Form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.  Stop Here. Do Not File This Form.
   ☐ Under some other category.  Go to #7.

Form I-485 (01/18/01)Y - Supplement A

## Part 2. Continue.

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167   *(check one).*

☐ Yes   Stop Here. Do Not File This Form.          ☐ No   Go to #8.

8. I have been employed in the United States after January 1, 1977 without INS authorization       *(check one).*

☐ Yes   Go to #9.          ☐ No   Go to #10.

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

☐ Yes   Stop Here. Do Not File This Form.          ☐ No   Go to #10.

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one).*

☐ Yes   Stop Here. Do Not File This Form.

☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons.   **Stop Here. Do Not File This Form,**   Attach an explanation regarding this question to your Form I-485 application.

  No   Go to #11.

11. I am unmarried and less than 17 years old       *(check one).*

☐ Yes   Stop Here. File This Form and Form I-485.          Pay only the fee required with Form I-485.
☒ No   Go to #12.

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one).*

☐ Yes   Stop Here. File This Form and Form I-485.          Pay only the fee required with Form I-485.
☒ No   Go to #13.

13. **File The Form and Form I-485.   You must pay the additional sum:**

  $   220.00 - Fee required with Form I-485 *  and
  $1,000.00 - Additional sum under section 245(i) of the Act
  -------------
  **$1,220.00 - Total amount you must pay.**

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00.  In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.

**Signature.**   Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Marcio Jacob* | Marcio          JACOB | | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4. Signature of person preparing form if other than above.          *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066
Approval expires 4-30-85

| (Family name) JACOB | (First name) Marcio | (Middle name) Heli | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 06/29/1978 | NATIONALITY Brazil | FILE NUMBER A- none |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED   (including names by previous marriages) none | CITY AND COUNTRY OF BIRTH Eng. Caldas           Brazil | SOCIAL SECURITY NO. (If any) |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | JACOB | Francisco | MG      Brazil | deceased |
| MOTHER (Maiden name) | MARIA | Anadir | MG      Brazil | MG            Brazil |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none | | | | | | |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME   (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| none | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 26B Draper Road | Framingham | MA | USA | 03 | 2000 | PRESENT TIME | |
| 114 Greenville Street | Framingham | MA | USA | 03 | 1999 | 03 | 2000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Corrego do Beija Flor | Tarumirim | MG | Brazil | | 1979 | 03 | 1999 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| Bugaboo Creek | 345 Cochituate Road, Framingham, MA | Cook | 03 | 1999 | PRESENT TIME | |
| Paje Landscape | Foxbury, MA | Landscape Gardener | 03 | 2000 | present | time |
| | | | | | | |
| | | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION   ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | SIGNATURE OF APPLICANT *Marcio H Jacob* | DATE |
|---|---|---|

Are all copies legible?   ☒ Yes

If your native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:   BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) JACOB | (Given name) Marcio | (Middle name) Heli | (Alien registration number) none |
|---|---|---|---|

Form G-325  (Rev. 10-1-82) Y

(1) Ident.

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-02-080-51776 | **CASE TYPE** I140<br>IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE**<br>January 8, 2002 | **PRIORITY DATE**<br>April 4, 2001 | **PETITIONER**<br>BUGABOO CREEK |
| **NOTICE DATE**<br>February 25, 2002 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>JACOB, MARCIO |

JOHN K. DVORAK ESQ
LAW OFFICE OF JOHN K DVORAK PC
P O BOX 8788
BOSTON MA 02114

**Notice Type:** Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The information submitted with the petition shows that the person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or application for an immigrant visa, this approved petition will be stored in this office. If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I-797 (Rev. 09/07/93)N

# JOHN K. DVORAK

ATTORNEY-AT-LAW

180 CANAL STREET    •    PO BOX 8788    •    BOSTON, MA 02114    •    (617) 723-4422    •    FAX (617) 723-8305

December 7, 2004

Ms. Karen Anne Hayden
Citizenship & Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

      Re:    JACOB, Marcio
             A95-440-858

Dear Ms. Hayden:

Mirella Tiberi interviewed Mr. Jacob on October 21, 2004, and expressed concern over a speeding ticket incurred by Mr. Jacob. Ms. Tiberi stated she would issue an I-72 seeking a copy of the motor vehicle citation. My argument that this request was unnecessary and irrelevant was unpersuasive.

After the interview, we sat in the waiting room for the I-72. Ms. Tiberi came outside expressing new concern about a false social security number used by Mr. Jacob. During the interview, Mr. Jacob admitted to using a false social security number. Ms. Tiberi began to write additional requests on the I-72, then stopped when I questioned the necessity of the request. Mr. Jacob addressed the issue at the interview.

Ms. Tiberi then refused to issue the I-72, stating she would review the case further and issue an appropriate I-72. Nothing has followed. I attach the motor vehicle citation indicating Mr. Jacob "NR" (not responsible) for the speeding violation. This was clearly not a criminal matter, nor does Mr. Jacob have any criminal record.

We would like to resolve this case without a Federal Mandamus Action. Mr. Jacob presents a valid I-140/485 for adjudication.

Your assistance is appreciated.

                    Sincerely,

                    John K. Dvorak

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

P.O. BOX 8788 – 180 CANAL STREET – 4TH FLOOR – BOSTON, MA 02114 - (617) 723-4422 – FAX (617) 723-8305

**John K. Dvorak**
Christopher W. Drinan
Susan E. Zak

February 8, 2005

EXAMS
US Citizenship & Immigration Services
JFK Federal Building, Room E-160
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:    I-485 Application to Adjust Status
       Applicant:         Marcio H. JACOB
                          A# 95-440-858

       Interview Date:    October 21, 2004

Dear USCIS Officer:

Above referenced Applicant was interviewed on October 21, 2004 regarding his I-485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

Sincerely,

John K. Dvorak

JKD:ml

11-30-07

A HEARING ON A MOTION HAS BEEN SCHEDULED ON

10/12/04        AT        8:30 A.M.        AT THE COURT ADDRESS

IF YOU FAIL TO APPEAR, YOU WILL LOSE YOUR RIGHT TO A HEARING.

FOR COURT USE ONLY AFTER HEARING

MAGISTRATE CONDUCTING HEARING

"X" IF VIOL. FAILED TO APPEAR ( )
"X" IF VIOL. WAIVED HEARING ( )

AMOUNT
ORDERED        JUDGMENT        DATE

TOTAL AMOUNT DUE
ALTERNATE DUE DATE:

JUDGE CONDUCTING APPEAL (IF ANY)

Clerk/Magistrate

"X" IF VIOL. FAILED TO APPEAR ( )
"X" IF VIOL. WAIVED HEARING ( )

AMOUNT
ORDERED        JUDGMENT        DATE

TOTAL AMOUNT DUE
ALTERNATE DUE DATE:

TOTAL AMOUNT ON CITATION

MPH IS A        MPH ZONE