# UNITED STATES DISTRICT COURT

EASTERN REGION                District of MASSACHUSETTS

MARCIO H. JACOB                              SUMMONS IN A CIVIL CASE

V.

MICHAEL CHERTOFF,
Secretary, USDHS;
EDUARDO AGUIRRE,
Dir. USCIS; DENIS RIORDAN
Dist Dir

CASE NUMBER: 05 10645 RCL

TO: (Name and address of Defendant)

MICHAEL CHERTOFF, Secretary, DHS
c/o Office of General Counsel
USDHS
Washington, DC 20258

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan E. Zak, Esq.
Law Offices of John K. Dvorak
180 Canal St., 4TH Floor
P.O. Box 8788
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              APR 1 - 2005

CLERK                                          DATE

(By) DEPUTY CLERK



# Track & Confirm

**Shipment Details**

You entered 7004 0750 0000 5500 5251

Your item was delivered at 7:53 am on April 12, 2005 in WASHINGTON, DC 20528.

Here is what happened earlier:

- ARRIVAL AT UNIT, April 12, 2005, 4:14 am, WASHINGTON, DC 20022
- ACCEPTANCE, April 07, 2005, 10:56 am, BOSTON, MA 02114

**Notification Options**

▸ Track & Confirm by email    What is this?    Go

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

