# UNITED STATES DISTRICT COURT

EASTERN DIV _____ District of MASSACHUSETTS

MARCIO JACOB

V.

MICHAEL CHERTOFF,
Sec. USDHS;
EDUARDO AGUIRRE JR,
Dir USCIS, DENIS RIORDAN
District Dir.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10645 RCL**

TO: (Name and address of Defendant)

DENIS RIORDAN
DISTRICT DIR, USCIS
C/O OFFICE OF GENERAL COUNSEL
USDHS
WASHINGTON, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SUSAN E ZAK
LAW OFFICES OF JOHN K. DVORAK PC
180 CANAL ST, 4TH FL
P.O. BOX 8788
BOSTON, MA 02114

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR 1 - 2005

DATE



# Track & Confirm

**Shipment Details**

You entered 7004 0750 0000 5500 5268

Your item was delivered at 7:53 am on April 12, 2005 in WASHINGTON, DC 20528.

Here is what happened earlier:

- ARRIVAL AT UNIT, April 12, 2005, 4:14 am, WASHINGTON, DC 20022
- ACCEPTANCE, April 07, 2005, 10:55 am, BOSTON, MA 02114

**Notification Options**

▸ **Track & Confirm by email**   What is this?   Go ›

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

