**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

|                                   |   |
|-----------------------------------|---|
|                                   | ) | **Civil Action: 05-10645 RCL**
| **MARCIO H. JACOB**               | )
|                                   | )
|                                   | )
|     **Plaintiff**                 | )
|                                   | )
|     **v.**                        | )
|                                   | )
| **MICHAEL CHERTOFF**              | )
| **Secretary,U.S. Department**     | )
| **of Homeland Security;**         | )
| **EDUARDO AGUIRRE, JR.**          | )
| **Director, U.S. Citizenship**    | )
| **And Immigration Services,**     | )
| **DENIS RIORDAN, Boston District** | )
| **Director, U.S. Citizenship**    | )
| **and Immigration Services**      | )
|     **Defendants**                | )
|                                   | )

**FIRST AMENDED COMPLAINT FOR MANDAMUS**


I.     INTRODUCTION


1.     The Plaintiff, by and through his undersigned attorney,

       brings this civil action for mandamus to compel Defendants

       and those acting under them to rule upon the Applications

       for Adjustment of Status to Lawful Permanent Resident duly

       filed by the Plaintiff on or April 13, 2002 ("I-485

       Application").

## II.  PARTIES

2.   The Plaintiff Marcio Jacob (A95-440-858) (the "Plaintiff")
     or ("Mr. Jacob") is a native and citizen of Brazil, who
     currently resides at 9 Weld St, No. 3, Framingham,
     Massachusetts.

3.   The Defendant, Michael Chertoff, is the Secretary of the
     U.S. Department of Homeland Security ("DHS"), and this
     action is brought against him in his official capacity. He
     is charged with enforcement of the Immigration and
     Nationality Act ("INA"), and is further authorized to
     delegate such powers and authority to subordinate employees
     of DHS.  More specifically, the Secretary is responsible for
     the adjudication of I-485 Applications pursuant to § 245 of
     the INA, 8 U.S.C. § 1255 through the U.S. Citizenship and
     Immigration Services ("USCIS").  USCIS is an agency within
     DHS that adjudicates Adjustment of Status applications and
     to whom the Secretary's authority has in part been delegated
     but remains under his supervision and direction.

4.   The Defendant, Eduardo Aguirre, Jr., is the Director of
     USCIS and this action is brought against him in his official
     capacity.  He is the official charged with supervisory
     authority over all operations of USCIS. In particular, he is
     responsible for the adjudication of I-485 Applications,
     pursuant to § 245 of the INA (8 U.S.C. § 1255).

2

5.    The Defendant, Denis Riordan, is the Director for the Boston
      District Office of USCIS and this action is brought against
      him in his official capacity. He is the official generally
      charged with supervisory authority over all operations of
      USCIS within his district, including, but not limited to,
      adjudicating the Plaintiff's I-485 Application.

### III. JURISDICTION AND VENUE

6.    This is a civil action brought pursuant to 28 U.S.C. Sec.
      1361 (the Mandamus Act) 28 U.S.C. 1331 (Federal Question
      Statute) and 5 U.S.C. Sec. 551 *et. seq.* (Administrative
      Procedures Act) to compel the Defendants and those working
      under them to perform a duty that they owe to the
      Plaintiffs.

7.    Costs and fees will be sought pursuant to the Equal Access
      to Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412(d), *et seq.*

8.    Venue is properly with this Court, pursuant to 28 U.S.C.
      §1391(e), in that this is an action against officers and
      agencies of the United States in their official capacities,
      brought in the District where, upon information and belief,
      a Defendant resides and where a substantial part of the
      events or omissions giving rise to Plaintiffs' claim
      occurred.  More specifically, an interview was conducted
      regarding Plaintiff's I-485 Application at the Boston
      District Office of USCIS, and, to Plaintiffs' knowledge,
      remains pending there.

## IV.   REMEDY

9.   The Plaintiff is seeking an order to compel the Defendants and those working under them to adjudicate the Plaintiff's pending application for Adjustment of Status and an award of reasonable attorney's fees and costs associated with bring said action.

## V.   STATEMENT OF THE FACTS

10.   The Plaintiff filed an I-485 Application on or about April 13, 2002 with the INS (now USCIS) Service Center in St. Albans, Vermont, which is the proper filing place for employment-based I-485 Applications. A copy of the I-485 Application is attached hereto as Exhibit A.

11.   Mr. Jacob's I-485 Application was based upon an approved immigrant visa petition ("I-140") filed on Mr. Jacob's behalf by his employer. A copy of the I-140 Approval Notice is attached hereto as Exhibit B.

12.   Through the filing of the I-485, the Plaintiff is seeking adjustment to lawful permanent resident status (a "Green Card").

13.   On or about October 21, 2004, the Defendants through their designated agent (USCIS Examinations Officer Tiberi)

4

interviewed the Plaintiff on his Application at the USCIS
Regional Office in Boston, Massachusetts.

14. Officer Tiberi made no decision on the Application at the
time of the interview because she stated that she wanted to
check into a speeding ticket violation.  She initially
indicated that she would issue an I-72 (Request for
Evidence) to the Plaintiff, but recanted that statement and
said she just needed time to review the case.

15. The sole fact that the Plaintiff received a speeding ticket
is not a legitimate basis to delay the processing of his I-
485 Application.

16. The Plaintiff, through Counsel, has made repeated efforts to
secure a decision from USCIS. For example, the Plaintiff
sent numerous written requests for adjudication of the I-485
Application to USCIS.  Copies of said letters are attached
hereto as Exhibit C.

17. USCIS has failed to respond to the written request described
at Para. 17, in any manner whatsoever.

18. As of the date of this complaint, there has been no decision
issued by the Defendants on the I-485 Application.

19. The Plaintiff has no administrative remedies available.

20. The Defendants have arbitrarily, willfully and unreasonably
delayed the adjudication of the Plaintiff's Applications.

21. As a result of the Defendants' willful and unreasonable
delay in adjudicating Plaintiffs' Application, the Plaintiff

has been prejudiced. Until the I-485 Application is
adjudicated, the Plaintiff is unable to travel overseas to
visit their family, unable to plan for the future, unable to
accrue time as lawful permanent residents for eventual
qualification for U.S citizenship, and is constantly fearful
that they will suffer deportation at some future date.

22. The Plaintiff has been further damaged in that their
employment authorization is tied to their status as
applicants for permanent residency and is limited to
increments not to exceed one year. Therefore, the Plaintiff
is forced to repeatedly apply (and pay) for extensions of
employment authorization.

23. The Defendants owe the Plaintiff the duty to act upon his
Application for Adjustment of Status and have unreasonably
failed to perform that duty.

24. No other remedy exists for Plaintiff to resolve Defendants'
delay.

WHEREFORE, the Plaintiff prays that this Honorable Court:

1) Order the Defendants to have their agents rule upon the
I-485 Application filed by the Plaintiff; and

2) Grant such other and further relief as this Honorable
Court deems proper under the circumstances; and

3) Award attorney's fees and costs of this action pursuant
to the Equal Access to Justice Act ("EAJA").

Respectfully submitted,

The Plaintiffs
Marcio Jacob
By his Attorneys

Susan E. Zak
BBO 568044
LAW OFFICE OF JOHN K. DVORAK
P.O. Box 8788
Boston, MA 02114

mandamus-jacob.4101

## CERTIFICATE OF SERVICE

I, Susan E. Zak , Attorney for the Plaintiffs hereby certify that on June 10, 2005   I served a copy of the Plainttiffs' First Amended Complaint for Mandamus to:

Mark Quinlivin, Esq.
U.S. Attorney General Office
United States Federal Court
1 Courthouse Way
Suite 9200
Boston, MA 02210

Susan E. Zak, Esq.
LAW OFFICE OF JOHN K. DVORAK, P.C.
P.O. Box 8788
180 Canal Street, 4th Floor
Boston, MA 02114

Date: 6/10/05

U.S. Department of Justice

Immigration and Naturalization Service

OMB No. 1115-0053

**Form I-485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name **JACOB** | Given Name **Marcio** | Middle Initial **H.** |

Address - C/O

| | |
|---|---|
| Street Number and Name **26B-Draper-Road—** | Apt. # |

City
Framingham

| | |
|---|---|
| State **MA** . | Zip Code **01702** |

| | |
|---|---|
| Date of Birth (month/day/year) **06/29/1978** | Country of Birth **Brazil** |

| | |
|---|---|
| Social Security # | A # (if any) **none** |

| | |
|---|---|
| Date of Last Arrival (month/day/year) **03/1999** | I-94 # **n/a** |

| | |
|---|---|
| Current INS Status **n/a** | Expires on (month/day/year) **n/a** |

### Part 2. Application Type.    *(Check one)*

I am applying for adjustment to permanent resident status because

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least on year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:    *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

| Resubmitted | |
|---|---|
| | |

| Reloc Sent | |
|---|---|
| | |

| Reloc Rec'd | |
|---|---|
| | |

☐ Applicant
   Interviewed

**Section of Law**

☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**

☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

| To Be Completed by
Attorney or Representative, if any |
|---|
| ☒ Fill in box if G-28 is attached to represent the applicant |
| VOLAG# |
| ATTY State License # |

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information

| A. City/Town/Village of Birth  Eng. Caldas | Current occupation  Cook |
|---|---|
| Your mother's first name  Anadir | Your father's first name  Francisco |

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

n/a

| Place of last entry into the U.S. (City/State)  CA | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?  ☐ Yes  ☒ No | EWI |
| Nonimmigrant Visa Number  n/a | Consulate where Visa was issued  n/a |
| Date Visa was issued (month/day/year)  n/a | Sex:  ☒ Male  ☐ Female | Marital Status  ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?  ☒ No  ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name   none | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes -    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes    ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with you?  ☐ Yes    ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

## Part 3.  Processing Information      *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1.  Have you ever, in or outside the U.S.:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?   ☐ Yes   ☒ No
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding
        traffic violations?   ☐ Yes   ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?   ☐ Yes   ☒ No
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?   ☐ Yes   ☒ No

2.  Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or
    municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?   ☐ Yes   ☒ No

3.  Have you ever:
    a.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such
        activities in the future?   ☐ Yes   ☒ No
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?   ☐ Yes   ☒ No
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?   ☐ Yes   ☒ No
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any
        controlled substance?   ☐ Yes   ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or
    funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization
    that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of
    terrorist activity?   ☐ Yes   ☒ No

5.  Do you intend to engage in the U.S. in:
    a.  espionage?   ☐ Yes   ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States,
        by force, violence or other unlawful means?   ☐ Yes   ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive
        information?   ☐ Yes   ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?   ☐ Yes   ☒ No

7.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany
    or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or
    otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?   ☐ Yes   ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person
    because of race, religion, nationality, ethnic origin, or political opinion?   ☐ Yes   ☒ No

9.  Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year,
    or are you now in exclusion or deportation proceedings?   ☐ Yes   ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent
    documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other
    documentation, entry into the U.S., or any other immigration benefit?   ☐ Yes   ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?   ☐ Yes   ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not
    yet complied with that requirement or obtained a waiver?   ☐ Yes   ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?   ☐ Yes   ☒ No

14. Do you plan to practice polygamy in the U.S.?   ☐ Yes   ☒ No

**Part 4.  Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.  The following applies to you if you are a man at least 18 years old,  but not yet 26 years old,  who is required to register with the Selective Service System:**  I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Marcio A JACOB  Marcio H. JACOB | | | |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

## Part 5.  Signature of person preparing form if other than above.    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

*Firm Name*
*and Address*

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0053

**Supplement A to Form I-485**

**START HERE - Please Type or Print**

| | | FOR INS USE ONLY |
|---|---|---|

## Part 1.   Information about applicant

| Family Name | JACOB | First Name | Marcio | Middle Name | Heli |
|---|---|---|---|---|---|

| Returned | Receipt |
|---|---|

Address - C/O

| Resubmitted |
|---|

| Street Number and Name | 26B Draper Road | Apt. Suite |
|---|---|---|

| City | Framingham | State or Province | MA |
|---|---|---|---|

| Reloc Sent |
|---|

| Country | USA | ZIP/Postal Code | 01702 |
|---|---|---|---|

| INS A # | none | Date of Birth *(month/day/year)* | 06/29/1978 | Country of Birth | Brazil |
|---|---|---|---|---|---|

| Reloc Rec'd |
|---|

## Part 2.   Basis for Eligibility   *(check one)*

1. On Form I-485, Part 2, I checked application type   *(check one):*

  a.  ☒ An immigrant petition.   Go to #2.

  b.  ☐ My spouse or parent applied.   Go to #2.

  c.  ☐ I entered as a K-1 fiance.   Stop Here. Do Not File This Form.

  d.  ☐ I was granted asylum.   Stop Here. Do Not File This Form.

  e.  ☐ I am a native or citizen of Cuba.   Go to #3.

  f.  ☐ I am the husband, wife or child of a Cuban.   Go to #3.

  g.  ☐ I have continuously resided in the U.S.   Stop Here. Do Not File This Form.

  h.  ☐ Other.   Go to # 2

  i.  ☐ I am already a permanent resident.   Stop Here. Do Not File This Form.

  j.  ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban   Stop Here. Do Not File This Form.

| Interviewed | |
|---|---|

| File Reviewed | Class of Adjustment Code: |
|---|---|

**To Be Completed by Attorney or Representative, if any**

☒ Check if G-28 is attached showing you represent the petitioner

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces   *(check one).*

  ☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #3.

VOLAG#

ATTY State License #

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.   ☐ Yes  Stop Here. Do Not File This Form.   ☒ No  Go to #11.

4. I last entered the United States   *(check one):*

  ☐ As a stowaway.   Go to #11.   ☐ Legally without a visa as a visitor for tourism or business.   Go to #5.

  ☐ Legally as a crewman (D-1/D-2 visa).   Go to #11.

  ☒ Without inspection.   Go to #11.   ☐ Legally as a parolee.   Go to #5.

  ☐ Legally in transit without visa status.   Go to #11.   ☐ Legally with another type of visa (show type_____).   Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen   *(check one).*

  ☐ Yes  Stop Here. Do Not File This Form.   ☐ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status   *(check one).*

  ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen.   Stop Here. Do Not File This Form.

  ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.   Stop Here. Do Not File This Form.

  ☐ Under some other category.   Go to #7.

Form I-485 (01/18/01)Y - Supplement A

## Part 2. Continue.

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167   *(check one).*

 ☐ Yes   **Stop Here. Do Not File This Form.** ☐ No **Go to #8.**

8.  I have been employed in the United States after January 1, 1977 without INS authorization *(check one).*

 ☐ Yes   **Go to #9.** ☐ No **Go to #10.**

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

 ☐ Yes   **Stop Here. Do Not File This Form.** ☐ No **Go to #10.**

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after November 5, 1986   *(check one).*

 ☐ Yes   **Stop Here. Do Not File This Form.**

 ☐ No, but I believe the INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons. **Stop Here. Do Not File This Form,** Attach an explanation regarding this question to your Form I-485 application.

 ☐ No **Go to #11.**

11. I am unmarried and less than 17 years old *(check one).*

 ☐ Yes **Stop Here. File This Form and Form I-485.** Pay only the fee required with Form I-485.
 ☒ No **Go to #12.**

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one).*

 ☐ Yes **Stop Here. File This Form and Form I-485.** Pay only the fee required with Form I-485.
 ☒ No **Go to #13.**

13. **File The Form and Form I-485. You must pay the additional sum:**

  $ 220.00 - Fee required with Form I-485 * and
  $1,000.00 - Additional sum under section 245(i) of the Act

  **$1,220.00 - Total amount you must pay.**

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1000.00. In #11 and / or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.** **Signature.**  Read the information on penalties in the instruction before completing this section. If someone helped you prepare the petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | | Date | Daytime Telephone No. |
|---|---|---|---|---|
| *Marcio + Jacob* | Marcio | **JACOB** | | |

**Please Note:**  If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

---

**Part 4. Signature of person preparing form if other than above.** *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

OMB No. 1115-0066

**BIOGRAPHIC INFORMATION**

Approval expires 4-30-85

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 06/29/1978 | NATIONALITY Brazil | FILE NUMBER A. none |
|---|---|---|---|---|---|---|
| **JACOB** | **Marcio** | **Heli** | | | | |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| none | Eng. Caldas        Brazil | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | **JACOB** | Francisco | MG | Brazil | deceased |
| MOTHER (Maiden name) | **MARIA** | Anadir | MG | Brazil | MG | Brazil |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| none | | | | | | |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME  (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE | |
| none | | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 26B Draper Road | Framingham | MA | USA | 03 | 2000 | PRESENT TIME | |
| 114 Greenville Street | Framingham | MA | USA | 03 | 1999 | 03 | 2000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Corrego do Beija Flor | Tarumirim | MG | Brazil | | 1979 | 03 | 1999 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Bugaboo Creek | 345 Cochituate Road, Framingham, MA | Cook | 03 | 1999 | PRESENT TIME |
| Paje Landscape | Foxbury, MA | Landscape Gardener | 03 | 2000 | present | time |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:

☐ NATURALIZATION    ☐ OTHER (SPECIFY):

☒ STATUS AS PERMANENT RESIDENT

Are all copies legible?   ☒ Yes

SIGNATURE OF APPLICANT                                         DATE

*Marcio H Jacob*

If your native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:**   BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN
THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family Name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| **JACOB** | **Marcio** | **Heli** | none |

# UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
| --- | --- | --- |
| EAC-02-080-51776 | | IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| January 8, 2002 | April 4, 2001 | BUGABOO CREEK |
| NOTICE DATE | PAGE | BENEFICIARY |
| February 25, 2002 | 1 of 1 | JACOE, MARCIO |

| | |
| --- | --- |
| JOHN K. DVORAK ESQ | Notice Type: Approval Notice |
| LAW OFFICE OF JOHN K DVORAK PC | Section: Skilled Worker or |
| P O BOX 8788 | Professional, |
| BOSTON MA 02114 | Sec.203(b)(3)(A)(i) or (ii) |

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The information submitted with the petition shows that the person for whom you are petitioning is not eligible to file an adjustment of status application at this time.

Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where the person for whom you are petitioning lives.

Until the person for whom you are petitioning files an adjustment application, or application for an immigrant visa, this approved petition will be stored in this office. If the person for whom you are petitioning decides to apply for an immigrant visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I 797 (Rev. 09/07/93)N

# JOHN K. DVORAK

ATTORNEY-AT-LAW

180 CANAL STREET  •  PO BOX 8788  •  BOSTON, MA 02114  •  (617) 723-4422  •  FAX (617) 723-8305

December 7, 2004

Ms. Karen Anne Hayden
Citizenship & Immigration Services
JFK Federal Building
Government Center
Boston, MA 02203

Re:    JACOB, Marcio
          A95-440-858

Dear Ms. Hayden:

Mirella Tiberi interviewed Mr. Jacob on October 21, 2004, and expressed concern over a speeding ticket incurred by Mr. Jacob. Ms. Tiberi stated she would issue an I-72 seeking a copy of the motor vehicle citation. My argument that this request was unnecessary and irrelevant was unpersuasive.

After the interview, we sat in the waiting room for the I-72. Ms. Tiberi came outside expressing new concern about a false social security number used by Mr. Jacob. During the interview, Mr. Jacob admitted to using a false social security number. Ms. Tiberi began to write additional requests on the I-72, then stopped when I questioned the necessity of the request. Mr. Jacob addressed the issue at the interview.

Ms. Tiberi then refused to issue the I-72, stating she would review the case further and issue an appropriate I-72. Nothing has followed. I attach the motor vehicle citation indicating Mr. Jacob "NR" (not responsible) for the speeding violation. This was clearly not a criminal matter, nor does Mr. Jacob have any criminal record.

We would like to resolve this case without a Federal Mandamus Action. Mr. Jacob presents a valid I-140/485 for adjudication.

Your assistance is appreciated.

Sincerely,

John K. Dvorak

# LAW OFFICES OF JOHN K. DVORAK, P.C.

ATTORNEY-AT-LAW

P.O. BOX 8788 – 180 CANAL STREET – 4TH FLOOR – BOSTON, MA 02114  - (617) 723-4422 – FAX (617) 723-8305

**John K. Dvorak**
Christopher W. Drinan
Susan E. Zak

February 8, 2005

EXAMS
US Citizenship & Immigration Services
JFK Federal Building, Room E-160
Government Center
Boston, MA 02203

## Request to Adjudicate I-485 Application

RE:  I-485 Application to Adjust Status
     Applicant:          Marcio H. JACOB
                         A# 95-440-858

     Interview Date:     October 21, 2004

Dear USCIS Officer:

Above referenced Applicant was interviewed on October 21, 2004 regarding his I-485 Application. No additional documents were requested, but the application was not adjudicated pending security checks.

If you have received final security clearance, I would appreciate you adjudicating the case at your earliest convenience.

Sincerely,

John K. Dvorak

JKD:ml