**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| _____ ) | **Civil Action: 05-10645 RCL** |
| **MARCIO H. JACOB** ) | |
| ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL CHERTOFF** ) | |
| **Secretary,U.S. Department** ) | |
| **of Homeland Security;** ) | |
| **EDUARDO AGUIRRE, JR.** ) | |
| **Director, U.S. Citizenship** ) | |
| **And Immigration Services,** ) | |
| **DENIS RIORDAN, Boston District**) | |
| **Director, U.S. Citizenship** ) | |
| **and Immigration Services** ) | |
| **Defendants** ) | |
| _____) | |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME**
**TO ANSWER DEFENDANTS' MOTION TO DISMISS OR**
**IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

The Plaintiff, Marcio H. Jacob, by and through his

Undersigned counsel, hereby requests an additional five days

to file an opposition to the Defendants' Motion to Dismiss or in

the Alternative, for Summary Judgment (the "Defendants' Motion").

In support thereof, the Plaintiff states as follows:

1.  The Plaintiff was served with the Defendants' Motion on

July 14, 2005, which makes Plaintiff's response to Defendant's

Motion due on or before August 1, 2005.

1

2.    The Plaintiff seeks a brief extension – five days – to respond to the Defendants' Motion because of prior professional obligations with governmental agencies and pre-paid family vacation plans.

3.    Defendant's counsel has no objection to the extension of time.

WHEREFORE, the Plaintiff prays that this Honorable Court:

1)    Order the Plaintiff has until August 5, 2005 to respond to the Defendants' Motion and

2)    Grant such other and further relief as this Honorable Court deems proper under the circumstances.


                              Respectfully submitted,

                              The Plaintiffs
                              Marcio Jacob
                              By his Attorneys


                              s/Susan E. Zak
                              Susan E. Zak
                              BBO 568044
                              LAW OFFICE OF JOHN K. DVORAK
                              P.O. Box 8788
                              Boston, MA 02114

2

3

<u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)</u>

Pursuant to Local Rule 7.1(a)(2), I certify that on July 26,2005,
I placed a call to the the office of Defendants' counsel, Mark T.
Quinvlivan, to confer with this motion and he informed me that he
had no objection to said Motion.


<u>s/ Susan E. Zak</u>
Susan E. Zak Esq.

3