```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                    BOSTON, MASSACHUSETTS


                                  )Civil Action: 05-10645 RCL
MARCIO H. JACOB                   )
                                  )
                                  )
     Plaintiff                    )
                                  )
     v.                           )
                                  )
MICHAEL CHERTOFF                  )
Secretary,U.S. Department         )
of Homeland Security;             )
 EDUARDO AGUIRRE, JR.             )
Director, U.S. Citizenship        )
And Immigration Services,         )
DENIS RIORDAN, Boston District)
Director, U.S. Citizenship        )
and Immigration Services          )
     Defendants                   )
_____    )
```

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS OF RECORD**

Pursuant to Local Rule 56.1, the Plaintiff, Marcio H. Jacob, hereby provides the following statement of contested material facts of record.

1. Sometime after April 13, 2002, the date on which the Plaintiff filed his I-485 Application for Adjustment of Status to Lawful Permanent Resident, the United States Citizenship and Immigration Services ("USCIS") questioned whether the Plaintiff had the necessary work experience.

    Declaration of Denis Riordan ("Riordan Decl." at 1)

2. USCIS commenced its investigation into the matter on March 10, 2005 after receiving a letter from Counsel to the Plaintiff that the Plaintiff intended to commence a mandamus action wherein he would seek to compel adjudication of the Application.  Id.; February 28, 2005 letter to Henry Hanley atttached to Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss or in the Alternative Summary Judgment.

3. The Plaintiff has waited well in excess of three years for an adjudication on his Application.

                        Respectfully submitted,

                        The Plaintiffs
                        Marcio Jacob
                        By his Attorneys

                        /s/Susan E. Zak
                        _____
                        Susan E. Zak
                        BBO 568044
                        LAW OFFICE OF JOHN K. DVORAK
                        P.O. Box 8788
                        Boston, MA 02114

Case 1:05-cv-10645-RCL    Document 11    Filed 08/05/2005    Page 3 of 3