**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| _____ ) | **Civil Action: 05-10645 RCL** |
| **MARCIO H. JACOB**            ) | |
|                               ) | |
|                               ) | |
|     **Plaintiff**             ) | |
|                               ) | |
|     **v.**                    ) | |
|                               ) | |
| **MICHAEL CHERTOFF**          ) | |
| **Secretary,U.S. Department**  ) | |
| **of Homeland Security;**      ) | |
|  **EDUARDO AGUIRRE, JR.**      ) | |
| **Director, U.S. Citizenship** ) | |
| **And Immigration Services,**  ) | |
| **DENIS RIORDAN, Boston District**) | |
| **Director, U.S. Citizenship** ) | |
| **and Immigration Services**   ) | |
|      **Defendants**           ) | |
| _____) | |

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Plaintiff, Marcio

H. Jacob hereby dismisses with prejudice the above-captioned

matter.

Respectfully Submitted,


/s/Susan E. Zak                      /s/Mark T.Quinlivan
_____              _____

Susan E. Zak                         Mark T. Quinlivan
Law Offices of John K. Dvorak        Assistant U.S. Attorney
P.O. Box 8788                        U.S. Courthouse
Boston, MA 02114                     1 Courthouse Way, Suite 9200
                                     Boston, MA 02110


1

2